# Exhibit "E"

**Joseph De Santis**

| | |
|---|---|
| **From:** | Maurice Zajfen <maurice@tachediamonds.com> |
| **Sent:** | Thursday, December 3, 2020 3:20 PM |
| **To:** | Pawan Verma |
| **Cc:** | James Szustak |
| **Subject:** | Re: Notice of Default |

OK.
We will need an answer from you before Tuesday 12/08/20 (thus Monday at latest).
Without any reply from you in due time we will start the legal and criminal actions against you and your company.
Get well soon.

Regards

Maurice Zajfen.

Sent from iPhone.


Le 3 déc. 2020 à 20:57, Pawan Verma <vermagoldbuyers@gmail.com> a écrit :


I'm not well give me few day will get back to you.
On Thu, Dec 3, 2020 at 2:25 PM Maurice Zajfen <maurice@tachediamonds.com> wrote:
 What would you suggest to ease and comfort us?
 You could propose a repayment plan , with clear and defined dates and amounts.
 Without any positive signs from you we will need to proceed with the legal actions.

 Let us know your decision.

 Regards.

 Maurice Zajfen

 Sent from iPhone.


  Le 3 déc. 2020 à 19:42, Pawan Verma <vermagoldbuyers@gmail.com> a écrit :


  I do business in island and everything is shut I'm requesting some time soon everything
  ope will pay you.
  I going thru hard time due to COVID

  On Thu, Dec 3, 2020 at 1:39 PM Maurice Zajfen <maurice@tachediamonds.com>
  wrote:
   Dear sir ,

1

What about the balance of the unpaid invoice ?

Regards

Maurice Zajfen

Sent from iPhone.

> Le 3 déc. 2020 à 19:26, Pawan Verma <vermagoldbuyers@gmail.com>
> a écrit :
>
>  Good afternoon
>     Two stone has been returned to your office june 30.20
> And stone 1.61, 3.64 these two stone sold as price agreed with james
> 1.61–$9100
> 3.64–$29800
>
> 5.13 stone will be returning only problem is stone is out of town in
> small island and I'm able to go there due to COVID.
> <image.jpg>
>
>
> Regards
> Pawan Verma
> Cell: 516-236-8815
>
>
>> On Dec 3, 2020, at 9:24 AM, Maurice Zajfen
>> <maurice@tachediamonds.com> wrote:
>>
>>
>> **Att Mr Pawan Verma**
>>
>>
>> **Ref : unpaid invoice F00530 and unreturned
>> consigned goods N00019**
>>
>>
>>
>> Dear Mr. Pawan,

2

a. Reference is made to Verma Gold & Diamond LLC's purchase of 15.22 carats polished diamonds from us and invoiced with number F00530 dated February 28 2020 (Appendix A) and to the subsequent contacts between you and James Szustak concerning the payment of said invoice, most recently your Whatsapp message dated 12/01/20.

1. Invoice F00530, dated 02/25/20 and due on 04/28/20:          USD  98,055.46

2. - payment
06/29/20:
                    USD - 25,000.00

**Unpaid amount          USD 73,055.46**

b. Reference is made to Verma Gold & Diamond LLC's memorandum of 14.69 carats polished diamonds from us and send under consignment with number N0019 dated March 16 2020 (Appendix B) and to the subsequent contacts between you and James Szustak concerning the return of the said goods.

1. Memo N00019, dated 03/16/20 and due on 03/23/20:          USD  124,405.62

2. – partial return 06/30/20 of 4.31 ct:                    USD – 30,161.24

**Unreturned amount     USD 94,244.38**

Considering your longstanding business relationship, Taché Company has shown considerable flexibility and given you several opportunities to pay the outstanding amount and to return the goods hold under consignment.

Regrettably, this invoice remains unpaid and the consignment memo hasn't been returned.

**We hereby demand the immediate payment of the outstanding receivable amounting to USD 73,055.56 and the return of the 10.38 ct polished diamonds valued USD 94,244.38.**

Please make the payment **no later than 12/10/20** to our account at ABN AMRO BANK, IBAN BE18 6745 4039 2765, Swift ABNABE2AIDJ (corresponding bank: BOFAUS3N). Please indicate "Verma Gold Diamonds LLC, invoice F00530" as payment reference, and;

Send us the proof of return shipment of the 10.38 ct polished diamonds, valued USD 94,244.38.

Should we not receive the payment in full by 12/17/20 AND the goods held in consignment back, we reserve the right to take full legal action in order to collect the receivable and the goods.

Tache Company reserves the right to claim, in addition to the capital amount, penalty interest and indemnification, compensation for attorneys' fees and other legal costs (as stated in Taché's General Sales Conditions.

Pursuant to Taché's general sale conditions, the goods remain the property of Tache until full payment is received. Not returning goods held under consignment is considered as a criminal offence in Belgium.

4

Should you have any questions relating to the above,
please do not hesitate to contact me.

Sincerely Yours,

Maurice Zajfen

**Important fraud protection :**

• Please pay our invoices ONLY on the bank account
mentioned on the paper invoice you received with the goods.
• If you receive any message regarding a change of banking
details, please call us to reconfirm BEFORE executing the
transfer.

Please consider the environment before printing this email.
Think globally - Act locally.

DISCLAIMER :
©This email message including all its attachments are confidential and for the
use only of the individual(s) or entity(ies) named above as recipient. If you are
not an intended recipient and/or have received this message by mistake,
please notify the sender immediately by return of email and permanently
delete the original and any copy of this email, including any print thereof. Any
retention, disclosure, dissemination, distribution, copying or other use of the
content and attachments of this email is strictly prohibited. Emails are
susceptible to alteration. Taché nor any of its affiliates guarantees that the
integrity of this communication has been maintained, not that is free of
viruses. Taché (or any affiliate) shall not be liable if the message was altered,
changed or falsified, nor shall it be responsible for any damage to your
system.

<Notice of default Verma Gold and Diamond.pdf>
<Invoice F00530.pdf>
<Memo N00019.pdf>

--
PAWAN VERMA
516-236-8815
465 Old Country Rd
Westbury, NY 11590


--
PAWAN VERMA
516-236-8815
465 Old Country Rd
Westbury, NY 11590